PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

RECEIVED
NOV 1 8 2009
AT 8:30_____M
WILLIAM T. WALSH
CLERK

Name of Offender: Antonio Lopez

Cr.: 05-00867-001
PACTS #: 40476

Name of Sentencing Judicial Officer: Honorable Joel A. Pisano

Date of Original Sentence: 03/29/06

Original Offense: Conspiracy to Distribute Cocaine

Original Sentence: 57 months imprisonment, 3-year-term of supervised release, drug testing and treatment, and DNA collection.

Type of Supervision: Supervise Release             Date Supervision Commenced: 05/02/08

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender tested positive for cocaine on September 9, 2009. |

U.S. Probation Officer Action:

We placed Lopez in a random urine monitoring program, and referred him for individual and group counseling at CURA. The offender is actively participating in treatment. If the offender relapses again, we will refer him for intensive outpatient drug treatment.

Respectfully submitted,

By: Kellyanne Kelly
    Senior U.S. Probation Officer
Date: 11/05/09

*The Court's endorsement of this petition will serve as an official written reprimand to the offender, unless the Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

11/18/09
_____
Date